B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland, Baltimore Division

In re  The Smile Wizards           ,          Case No.  09-_____
               Debtor
                                              Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See attached list | | | | |

Date:  September 15, 2009

                              Laurie A. Soller, D.D.S., P.A.
                                       Debtor

*[Declaration as in Form 2]*

| Creditor | Amount |
|---|---|
| BANK OF AMERICA<br>P.O. BOX 5270<br>CAROL STREAM, IL 60197-5270 | 50000.00 |
| | 29814.39 |
| BENCO DENTAL<br>PO Box 952148<br>Dallas, TX 75395-2148 | |
| Experience Dental Studio<br>239 N 290 W<br>Lindon, UT 84042 | 55,926.78 |
| Howard Bank-Letter of Credit<br>6011 University Blvd, Suite 370<br>Ellicott City, Md 21043<br>9100892 | 94,697.72 |
| Maple Lawn Office II, LLC<br>C/O G&R Management Co, LLC<br>840 First St, NE Suite 2500 Washington, DC 20002<br>Build out monies | 150000.00 |
| | 23000.00 |
| PATTERSON DENTAL SUPPLY<br>P.O. BOX 164<br>MINNEAPOLIS, MN 55440-0164 | |

| | |
|---|---:|
| Nagle & Zaller, P.C.<br>7226 Lee DeForest Drive<br>Suite 102<br>Columbia, MD  21046 | 12,347.80 |
| Gold Dust Dental, Inc<br>2242 South McClintock Drive<br>Suite 1 Tempe, Arizona  85282 | 10,404.71 |
| GDC Consulting, Inc  Smile Wizards<br>11100 NE 8th, Suite 380<br>Bellevue, WA  98004 | 6,750.00 |
| WBFF Fox 45<br>2000 41st Street<br>Balto, MD  21211-1420<br>Attn: Business Department | 5,280.00 |
| Baltimore Magazine<br>C/O Baylinson, Kudysh and Greenberg<br>303 S Main St, Lower Level<br>Mt Airy, MD  21771 | 4,547.69 |

| | |
|---|---|
| Las Vegas Esthetics<br>2545 W Cheyene Ave<br>Las Vegas, NV89032 | 17163.08 |
| PATUXENT PUBLISHING<br>10750 LITTLE PATUXENT PARKWAY<br>COLUMBIA, MD. 21044 | 5,075.31 |
| XO Communications<br>14242 Collections Center Drive<br>Chicago, IL  60693 | 2,067.88 |
| TRELLIS CENTER LLC<br>MCSHEA MANAGEMENT,INC.<br> ONE BANK STREET,<br> SUITE 300<br>GAITHERSBURG, MD. 20878 | 23650.0 |
| BGE<br> POST OFFICE BOX 13070<br>Phila, PA  19101-3070 | 2,893.76 |

| | |
|---|---:|
| Noreast Capital Corp<br>428 Fourth St, Suite 1<br>Annapolis, MD 21401 | 4299.20 |
| Color By Design<br>1587 Sulphur Spring Rd<br>Ste 109<br>Arbutus, Md 21227 | 300.00 |
| Adkins Communications Technology, LLC<br>700 Nursery Rd. Suite E<br>Linthicum, Maryland 21090 | 497.50 |
| Barracuda Networks, Inc. (US)<br>3175 Winchester Blvd<br>Campbell, California 95008 | 124.00 |